# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In the Matter of:<br><br>**THE SEARCH OF 5723 NAHANT AVENUE, CINCINNATI, OHIO 45224, INCLUDING ANY OUTBUILDINGS OR STORAGE FACILITIES THEREON** | **CASE NO. 1:23-mj-377**<br><br>**ORDER TO SEAL CASE**<br><br><br>Filed Under Seal |

Upon the Motion of the United States Attorney and for good cause shown, it is

**ORDERED** that all documents filed under the above-referenced case number, including this Motion and Order remain sealed until July 31, 2023, and the Clerk is instructed not to unseal said documents filed under the above-case number, including this Motion and Order, until further order of this Court, or until July 31, 2023, whichever comes first.

6/6/2023
Date

*Karen L. Litkovitz*
HONORABLE KAREN L. LITKOVITZ
United States Magistrate Judge